IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ALEJANDRO GARZA,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | EP-20-CV-29-PRM |
| FRANK BALIZAN and JOHN<br>DOES 1, 2, & 3,<br>    Defendants. | §<br>§<br>§<br>§ | |

# FINAL JUDGMENT

On this day, the Court dismissed the above-captioned cause. The Court now enters Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, **IT IS ORDERED** that all settings in this matter are **VACATED**.

It is **FURTHER ORDERED** that all pending motions in this case, if any, are **DENIED AS MOOT**.

**FINALLY, IT IS ORDERED** that the Clerk shall **CLOSE** this case.

**SIGNED** this **28th day** of **December, 2020.**

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE